Barbara J. Forde (013220)
BARBARA J. FORDE, P.C.
20247 N. 86th Street
Scottsdale, AZ  85255
BarbaraJForde@gmail.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually,<br><br>  Plaintiff,<br><br>  v.<br><br>INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, F.S.B., a Federally Chartered Savings Bank; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; OCWEN LOAN SERVICING, LLC, a Limited Liability Company; KEELEY KRISTINE SMITH, an Attorney licensed with the Arizona State Bar; JOHN AND JANE DOES 1-1000, XYZ CORPORATIONS 1-15; ABC LIMITED LIABILITY COMPANIES 1-15; and 123 BANKING ASSOCIATIONS 1-15,<br><br>  Defendants.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14,<br><br>  Counterclaimant,<br><br>  v. | Case No. 2:15-cv-00450-ROS<br><br>**SUPPLEMENT TO**<br><br>**PLAINTIFF'S RESPONSE TO DEFENDANT KEELEY KRISTINE SMITH'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (DOC. 17)** |

| | |
|---|---|
| KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually, | |
| Counterdefendants. | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14, | |
| Third-Party Plaintiff, | |
| v. | |
| SAGUARO DESERT TRUST; KATRINA PERKINS STEINBERGER, as Executive Trustee of Saguaro Desert Trust; M&I MARSHALL & ILLSLEY BANK, a Wisconsin Banking Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; RANCHO ALTA VIDA HOEOWNERS' ASSOCIATION, an Arizona Non-Profit Corporation; DOE INDIVIDUALS OR ENTITIES 1-10; UNKNOWN HEIRS AND DEVISEES OF CHARLES A. PERKINS, DECEASED, | |
| Third-Party Defendants. | |

On May 6, 2015, this Court issued a Proposed Order regarding the Motion to Remand filed by Plaintiff Steinberger (Doc. 23), and the Motion to Dismiss filed by Defendant Smith (Doc.17). In that Order, the Court notified the parties that they should be ready to argue these two Motions at the Scheduling Conference set the next day, May 7, 2015, at 11 a.m.

In reviewing the Order and preparing, Plaintiff Steinberger realized that she had inadvertently failed to specifically address her claim against Defendant Smith pursuant to

A.R.S. § 33-420(C), in her Response (Doc. 29). Plaintiff is therefore submitting this supplement to her Response, Section III(E), in advance of the hearing.

Plaintiff has stated a claim against Defendant Smith pursuant to A.R.S. § 33-420(C), which provides:

> A person who is named in a document which purports to create an interest in, or a lien or encumbrance against, real property and who knows that the document is forged, groundless, contains a material misstatement or false claim or is otherwise invalid shall be liable to the owner or title holder for the sum of not less than one thousand dollars, or for treble actual damages, whichever is greater, and reasonable attorney fees and costs as provided in this section, if he willfully refuses to release or correct such document of record within 20 days from the date of a written request from the owner or beneficial title holder of the real property.

Smith is well aware that a claim has been made against her pursuant to this subsection. Smith was mailed a demand pursuant to A.R.S. § 33-420(C), on February 10, 2015, at her work and home addresses, by certified and regular mail, that she release the Substitution of Trustee by a recording, within 20 days. *See* Doc. 12-5 at 5, 29, 43, 45 ¶¶ 12, 141, 228, 238; *see also* Letter to Keeley Kristine Smith dated February 10, 2015, attached hereto as Exhibit 1.[1] The certified letters were received and signed-for, at both locations. *See* certified mail receipts attached hereto as Exhibit 2.

In addition, Count Four for violation of A.R.S. § 33-420, specifically requests damages against Defendant Smith in the amounts set forth only in subsection (C).

The only requirements for stating a claim under this subsection of the statute is that Smith was named in the Substitution of Trustee[2] recorded against the Steinberger Property, and that Smith knew that the document was (1) forged; or (2) groundless; or (3) contained

---

[1] The demand letter was not attached to the Second Amended Complaint ("SAC") because it was written and mailed the day after the SAC was filed, but the SAC specifically stated that the demand was forthcoming. *See* Doc. 12-5 at 45 ¶ 238.

[2] The Court acknowledges that Smith is named in the Substitution, and Exhibit 21 bears this out, as well as the fact that it is recorded against the at-issue Property. *See* Doc. 42 at 8:21-22; Doc. 12-6 at 94-99.

3

a material misstatement; or (4) contained a false claim; or (5) was otherwise invalid. Steinberger alleged all these things. Doc. 12-5 ¶¶ 12, 141, 228, 238.

The claim under A.R.S. § 33-420(C) has nothing to do with Smith's "authority to act," and such a claim does not require a breach of obligation under the Deed of Trust or the deed of trust statutes. Therefore, A.R.S. § 33-807(E) and *Puzz v. Chase Home Finance, LLC*, 763 F.Supp.2d 1116 (D.Ariz. 2011), do not apply, and Plaintiff has stated a claim against Defendant Smith pursuant to A.R.S. § 33-420(C).

If the Court deems it necessary to more specifically state Steinberger's claim under A.R.S. § 33-420(C), then Plaintiff hereby seeks leave to amend, to do so.

RESPECTFULLY SUBMITTED this 6th day of May, 2015.

**BARBARA J. FORDE, P.C.**

By:   s/Barbara J. Forde
Barbara J. Forde, Esq.
20247 N. 86th Street
Scottsdale, AZ  85255
*Attorney for Plaintiff*

Copies of the foregoing served through
the ECF system on May 6, 2015:

Robert W. Norman
Solomon S. Krotzer
HOUSER & ALLISON
2929 N. Central Ave., Suite 1560
Phoenix, AZ  85012
*Attorneys for IndyMac Mortgage/
OneWest Bank,DBNTC as Trustee,
Ocwen, and MERS*

///

///

John Maston O'Neal
Krystal M. Aspey
QUARLES & BRADY, LLP
Renaissance One
Two North Central Ave.
Phoenix, AZ  85004
*Attorneys for Defendant Smith*

Barbara J. Forde