Robert W. Norman (SBN 025328)
bnorman@houser-law.com
Solomon S. Krotzer (SBN 027985)
skrotzer@houser-law.com
HOUSER & ALLISON, APC
2929 N. Central Ave., Suite 1560
Phoenix, Arizona 85012
Phone: (480) 428-8370

Attorneys for Defendants Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., CIT Bank, N.A. (f/k/a OneWest Bank N.A.) and Defendant/Counterclaimant/Third-Party Plaintiff Deutsche Bank National Trust Company As Trustee For IndyMac INDX Mortgage Loan Trust 2005-AR14, Mortgage Pass-Through Certificates Series 2005-AR14

# IN THE UNTED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually, | Case No. 2:15-cv-00450-ROS |
| | Hon. Roslyn O. Silver |
| Plaintiff, | **NOTICE OF SERVICE** |
| vs. | LRCiv 5.2 |
| INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, F.S.B., a Federally Chartered Savings Bank; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; OCWEN LOAN SERVICING, LLC, a Limited Liability Company; KEELEY KRISTINE SMITH, an Attorney licensed with the Arizona State Bar; JOHN AND JANE DOES 1-1000, XYZ CORPORATIONS 1-15; ABC LIMITIED LIABILITY COMPANIES 1-15; and 123 BANKING ASSOCIATIONS 1-15, | |
| Defendants. | |

| | |
|---|---|
| 1 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Counterclaimant, |
| 6 | vs. |
| 7 | KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually, |
| 8 | |
| 9 | Counterdefendants. |
| 10 | |
| 11 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14, |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Third-Party Plaintiff, |
| 17 | vs. |
| 18 | SAGUARO DESERT TRUST; KATRINA PERKINS STEINBERGER, as Executive Trustee of Saguaro Desert Trust; M&I MARSHALL & ILLSLEY BANK, a Wisconsin Banking Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; RANCHO ALTA VIDA HOMEOWNERS' ASSOCIATION, an Arizona Non-Profit Corporation; DOE INDIVIDUALS OR ENTITIES 1-10; UNKNOWN HEIRS AND DEVISEES OF CHARLES A. PERKINS, DECEASED. |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | Third-Party Defendants. |
| 28 | |

1     Pursuant to LRCiv 5.2, **NOTICE IS HEREBY GIVEN** that the following
2 subpoenas were issued to third-parties, and they are currently out for service. Copies of
3 the following subpoenas were served on Plaintiff's counsel via U.S. First Class Mail and
4 email on October 12, 2015:

- Subpoena to Testify at Deposition of Barbara Heggarty aka Barbara Heggarty Shaw;
- Subpoena to Testify at Deposition of Michael Patrick Sudrovech;
- Subpoena to Produce Documents issued to Wells Fargo Bank, N.A.;
- Subpoena to Produce Documents issued to Marshall & Ilsley M&I Bank;
- Subpoena to Produce Documents issued to Arizona Mortgage Relief, LLC;
- Subpoena to Produce Documents issued to Cynthia L. Johnson, P.C.;
- Subpoena to Produce Documents issued to Marshall & Ilsley M&I Bank;
- Subpoena to Produce Documents issued to HIG Consulting, P.C.;
- Subpoena to Produce Documents issued to Wells Fargo Bank, N.A.

Dated: October 12, 2015    **HOUSER & ALLISON, APC**

    s/ Solomon S. Krotzer
Robert W. Norman, Esq.
Solomon S. Krotzer, Esq.
HOUSER & ALLISON
A Professional Corporation
2929 N. Central Ave., Suite 1560
Phoenix, Arizona 85012
Attorneys for Defendants Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., CIT Bank, N.A. (f/k/a OneWest Bank N.A.) and Defendant/Counterclaimant/Third-Party Plaintiff Deutsche Bank National Trust Company As Trustee For IndyMac INDX Mortgage Loan Trust 2005-AR14, Mortgage Pass-Through Certificates Series 2005-AR14

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Barbara J. Forde
>BARBARA J. FORDE, P.C.
>20247 N. 86th Street
>Scottsdale, AZ 85255
>barbarajforde@gmail.com
>Attorney for Plaintiff

s/ Paige R. Kleinwolterink
Paige Kleinwolterink