Robert W. Norman (SBN 025328)
bnorman@houser-law.com
Solomon S. Krotzer (SBN 027985)
skrotzer@houser-law.com
HOUSER & ALLISON, APC
2929 N. Central Ave., Suite 1560
Phoenix, Arizona 85012
Phone: (480) 428-8370

Attorneys for Defendants Ocwen Loan Servicing, LLC, Mortgage Electronic Registration Systems, Inc., CIT Bank, N.A. and Defendant/Counterclaimant/Third-Party Plaintiff Deutsche Bank National Trust Company As Trustee For Indymac Indx Mortgage Loan Trust 2005-AR14, Mortgage Pass-Through Certificates Series 2005-AR14

**IN THE UNTED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually,<br><br>Plaintiff,<br><br>vs.<br><br>INDYMAC MORTGAGE SERVICES, a division of ONEWEST BANK, F.S.B., a Federally Chartered Savings Bank; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee of the INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; OCWEN LOAN SERVICING, LLC, a Limited Liability Company; KEELEY KRISTINE SMITH, an Attorney licensed with the Arizona State Bar; JOHN AND JANE DOES 1-1000, XYZ CORPORATIONS 1-15; ABC LIMITIED LIABILITY COMPANIES 1-15; and 123 BANKING ASSOCIATIONS 1-15,<br><br>Defendants. | Case No. 2:15-cv-00450-ROS<br><br>Hon. Roslyn O. Silver<br><br>**DECLARATION OF SOLOMON KROTZER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT** |

1

| | |
|---|---|
| 1<br>2<br>3<br>4 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14, |
| 5 | Counterclaimant, |
| 6 | vs. |
| 7<br>8 | KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually, |
| 9<br>10 | Counterdefendants. |
| 11<br>12<br>13<br>14 | DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14, |
| 15<br>16 | Third-Party Plaintiff, |
| 17 | vs. |
| 18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26 | SAGUARO DESERT TRUST; KATRINA PERKINS STEINBERGER, as Executive Trustee of Saguaro Desert Trust; M&I MARSHALL & ILLSLEY BANK, a Wisconsin Banking Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; RANCHO ALTA VIDA HOMEOWNERS' ASSOCIATION, an Arizona Non-Profit Corporation; DOE INDIVIDUALS OR ENTITIES 1-10; UNKNOWN HEIRS AND DEVISEES OF CHARLES A. PERKINS, DECEASED. |
| 27<br>28 | Third-Party Defendants. |

2

I, Solomon Scott Krotzer, pursuant to 28 U.S.C. § 1746, make the following declaration:

1. I am of sound mind, over the age of 18 years and fully competent to testify as to the matters stated herein and I make this Declaration of my own personal knowledge.
2. I am an attorney with Houser & Allison, APC, and counsel for Third-Party Plaintiff Deutsche Bank National Trust Company As Trustee For Indymac Indx Mortgage Loan Trust 2005-AR14, Mortgage Pass-Through Certificates Series 2005-AR14 ("Deutsche Bank as Trustee") in the above-captioned matter.
3. On February 6, 2015 our office located at: 2929 N. Central Avenue, Suite 1560, Phoenix, AZ 85012, received the original collateral file, containing the original "wet-ink" Adjustable Rate Note signed by Charles Perkins via Tracking Number 1Z38E65Y0199805488.
4. To date, undersigned counsel has maintained possession of these documents, and they are currently kept in a safe at 2929 N. Central Avenue, Suite 1560, Phoenix, AZ 85012.
5. Undersigned counsel has informed Plaintiffs' counsel that she is welcome to inspect these document anytime with reasonable advance notice.
6. In addition, color scanned copies of these documents have been produced to Plaintiffs through discovery.
7. To date, neither Plaintiffs nor Plaintiffs' counsel have inspected the loan documents (or any documents at undersigned counsel's office) in person.

                                                    s/ Solomon S. Krotzer
                                                    Solomon S. Krotzer
Counsel for Third-Party Plaintiff
Deutsche Bank National Trust Company
As Trustee For Indymac Indx Mortgage
Loan Trust 2005-AR14, Mortgage Pass-
Through Certificates Series 2005-AR14