# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Katrina Perkins Steinberger,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>IndyMac Mortgage Services, et al.,<br><br>　　　　　　Defendants. | No. CV-15-00450-PHX-ROS<br><br>**ORDER** |

Plaintiff seeks an order requiring non-party Western Progressive-Arizona, Inc. ("Western Progressive") produce documents regarding its substitution as trustee. Plaintiff has not established Western Progressive's records would have an impact on the claims actually pending in this litigation. Given that failure, the subpoena is unduly burdensome.

Accordingly,

**IT IS ORDERED** the Motion to Compel (Doc. 161) is **DENIED**.

Dated this 27th day of April, 2016.

　　　　　　　　　　　　　　　　　　　　Honorable Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge