1  Barbara J. Forde (013220)
   BARBARA J. FORDE, P.C.
2  20247 N. 86th Street
   Scottsdale, AZ  85255
3  (602) 721-3177
   BarbaraJForde@gmail.com
4  *Attorney for Plaintiffs/Counterdefendants*
   *Steinberger & Third-Party Defendants*
5  *Saguaro Desert Trust & Executive Trustee*

6              **UNITED STATES DISTRICT COURT**

7                    **DISTRICT OF ARIZONA**

8

9  KATRINA PERKINS STEINBERGER,          Case No. 2:15-cv-00450-ROS
   as Executor of the Estate of Charles A.
10 Perkins, deceased, and individually,

11            Plaintiff,                  **SECOND AMENDED**
                                          **NOTICE OF APPEAL**
12      v.

13 INDYMAC MORTGAGE SERVICES, a
   division of ONEWEST BANK, F.S.B., a
14 Federally Chartered Savings Bank;
   DEUTSCHE     BANK     NATIONAL
15 TRUST COMPANY, as Trustee of the
   INDYMAC INDX MORTGAGE LOAN
16 TRUST    2005-AR14;    MORTGAGE
   ELECTRONIC      REGISTRATION
17 SYSTEMS,    INC.,    a    Delaware
   Corporation;     OCWEN     LOAN
18 SERVICING, LLC, a Limited Liability
   Company; KEELEY KRISTINE SMITH,
19 an Attorney licensed with the Arizona
   State Bar; JOHN AND JANE DOES 1-
20 1000,  XYZ  CORPORATIONS  1-15;
   ABC    LIMITED    LIABILITY
21 COMPANIES 1-15; and 123 BANKING
   ASSOCIATIONS 1-15,
22
              Defendants.
23

24 DEUTSCHE BANK NATIONAL TRUST
   COMPANY, as Trustee for INDYMAC
25 INDX  MORTGAGE  LOAN  TRUST
   2005-AR14,    MORTGAGE    PASS-
26 THROUGH  CERTIFICATES  SERIES
   2005-AR14,
27
              Counterclaimant,
28
        v.

KATRINA PERKINS STEINBERGER, as Executor of the Estate of Charles A. Perkins, deceased, and individually,

Counterdefendants.

DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for INDYMAC INDX MORTGAGE LOAN TRUST 2005-AR14, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR14,

Third-Party Plaintiff,

v.

SAGUARO DESERT TRUST; KATRINA PERKINS STEINBERGER, as Executive Trustee of Saguaro Desert Trust; M&I MARSHALL & ILLSLEY BANK, a Wisconsin Banking Corporation; QUALITY LOAN SERVICE CORPORATION, a California Corporation; RANCHO ALTA VIDA HOMEOWNERS' ASSOCIATION, an Arizona Non-Profit Corporation; DOE INDIVIDUALS OR ENTITIES 1-10; UNKNOWN HEIRS AND DEVISEES OF CHARLES A. PERKINS, DECEASED,

Third-Party Defendants.

Plaintiffs/Counterdefendants Katrina Perkins Steinberger as Executor of the Estate of Charles A. Perkins, deceased, and individually; Third Party Defendant Saguaro Desert Trust; and Third Party Defendant Katrina Perkins Steinberger as Executive Trustee of Saguaro Desert Trust, hereby file their Second Amended Notice of Appeal, to the United States Court of Appeals for the Ninth Circuit, to **include** the eight items in the Amended Notice of Appeal filed April 5, 2017 (Doc. 238):

(1) The Judgment and Decree of Foreclosure entered in this action on January 23, 2017 and the Order related thereto (Doc. Nos. 210 and 212);

(2)    Order dated January 8, 2016 (Doc. 123);

(3)    Order dated March 17, 2016 (Doc. 150);

(4)    Order dated March 29, 2016 (Doc. 158);

(5)    Order dated April 5, 2016 (Doc. 163);

(6)    Order dated April 27, 2016 (Doc. 170);

(7)    Scheduling Order dated May 12, 2015 (Doc. 47), as to Paragraph J, prohibiting the use of Federal Rule of Civil Procedure 37(a);

(8) The Judgment on Taxation of Costs entered in this action on March 6, 2017 (Doc. 236);

PLUS:

(9)    Order dated October 11, 2017 (Doc. 249); and

(10) Amended Judgment and Decree of Foreclosure dated October 11, 2017 (Doc. 250).


RESPECTFULLY SUBMITTED this 17th day of October, 2017.


**BARBARA J. FORDE, P.C.**

By:    _s/Barbara J. Forde_____
        Barbara J. Forde, Esq.
        20247 N. 86th Street
        Scottsdale, AZ  85255
        *Attorney for Plaintiffs/Counterdefendants/*
        *Third-Party Defendants*

///

///

3

1

2   Copy of the foregoing served via
    ECF system on October 17, 2017 to:
3

4   Robert W. Norman
    Solomon S. Krotzer
5   HOUSER & ALLISON
    2929 N. Central Ave., Suite 1560
6   Phoenix, AZ  85012
7   *Attorneys for IndyMac Mortgage/*
    *OneWest Bank,DBNTC as Trustee,*
8   *Ocwen, and MERS*

9

10  s/ Barbara J. Forde

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          4